# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN MICHAEL FARNUM,

    *Petitioner*,

vs.

WARDEN ROBERT LEGRAND, *et al.*,

    *Respondents*.

2:13-cv-01304-APG-PAL

ORDER

    Petitioner, through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. However, the matter has not been properly commenced because there has been no payment of the filing fee or any application to proceed in *forma pauperis*.

    Because it appears from the papers presented that a dismissal without prejudice may materially affect a later analysis of any timeliness issue with regard to a promptly filed new action, the action will not be dismissed outright. Instead, petitioner will be given time to pay the filing fee or apply for pauper status.

    **IT THEREFORE IS ORDERED** that petitioner shall have twenty days from entry of this order to either pay the $5 filing fee or submit a fully completed application to proceed in *forma pauperis*. Failure to comply with this order may result in dismissal of this action.

    DATED:  July 30, 2013.

UNITED STATES DISTRICT JUDGE