AARON D. FORD
  Attorney General
JEFFREY M. CONNER (Bar. No. 11543)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1100 (phone)
(775) 684-1108 (fax)
jconner@ag.nv.gov
Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAEL FARNUM,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT LeGRAND, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-01304-APG-PAL<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)**<br><br>**ORDER** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a fifty-nine (59) day enlargement of time, to and including June 7, 2019, in which to file and serve their answer to the remaining claims of the Mr. Farnum's petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

There have been no prior enlargements of Respondents' time to file said answer, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 9th day of April. 2019.

        AARON D. FORD
        Attorney General

By: /s/ Jeffrey M. Conner
     JEFFREY M. CONNER (Bar. No. 11543)
     Deputy Solicitor General

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 9, 2019.