# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAEL FARNUM,<br><br>    Petitioner<br><br>v.<br><br>WARDEN ROBERT LEGRAND, et al.,<br><br>    Respondents | Case No.: 2:13-cv-01304-APG-BNW<br><br>**Order Granting Unopposed Motion to Extend Time**<br><br>[ECF No. 73] |

I ORDER that the respondents' unopposed motion to extend time **(ECF No. 73) is GRANTED**.

DATED this 30th day of September, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE