UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John Michael Farnum,<br><br>                   Petitioner,<br>v.<br><br>Robert LeGrand, *et al.*,<br><br>                   Respondents. | Case No. 2:13-cv-01304-APG-BNW<br><br>ORDER |

      Petitioner moves for an order that would permit supplemental briefing and set a briefing schedule. ECF No. 83.  On October 26, 2022, the United States Court of Appeals for the Ninth Circuit issued a Memorandum remanding this habeas case to this court to evaluate petitioner's claim that his counsel was ineffective for failing to request a *Miller*[1] hearing to challenge alleged prior false allegations by the primary victim, A.R. ECF No. 82.  Respondents do not oppose petitioner's motion, and I agree that further briefing is warranted.  So, I grant the motion.  I will also grant petitioner's request to file his opening brief sometime after February 1, 2023, to allow time for his counsel on appeal to seek appointment in this court.

      **I THEREFORE ORDER** that petitioner's motion to permit supplemental briefing and to set a briefing schedule (ECF No. 83) is GRANTED.  Petitioner has until **February 17, 2023**, to file an opening brief addressing the issues identified by the Ninth Circuit's remand.  The respondents have **60 days** from the date petitioner's brief is filed to file their answering brief.  Petitioner's reply brief is due **30 days** after the answering brief is filed.

      DATED THIS 16th day of December, 2022.

                                                        ANDREW P. GORDON<br>
                                                        UNITED STATES DISTRICT JUDGE

---

[1] *Miller v. State*, 779 P.2d 87 (Nev. 1989).