UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John Michael Farnum,<br><br>　　　　Petitioner<br><br>v.<br><br>Robert LeGrand, *et al.*,<br><br>　　　　Respondents | Case No.: 2:13-cv-01304-APG-BNW<br><br>**ORDER**<br><br>[ECF No. 94] |

　　　Respondents, through counsel, move for an additional 45 days to file their response to petitioner's opening brief on remand (ECF No. 91), citing workload and loss of staff as the reasons for needing more time. ECF No. 94. While I am sympathetic to the challenges faced by respondents' counsel, I have already granted her a 62-day extension (ECF No. 93). Thus, I will grant this motion, but will not permit any further extensions under any circumstances.

　　　**I THEREFORE ORDER** that respondents' motion to extend time to file their response (ECF No. 94) is granted. The response is due August 4, 2023. I will not accept a response from respondents after that date.

　　　Dated: July 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Andrew P. Gordon